IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

BECKY STOLTENBERG,

        Defendant.

ORDER

Case No. 12-cr-140-bbc

    The defendant in the above-entitled case has been convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department. The State Department is not to reissue a passport without approval of U.S. Probation.

    Date : March 6, 2014

                            BY THE COURT:

                            /s/

                            STEPHEN L. CROCKER
                            Magistrate Judge

cc:    USA, Defense Atty, USPO